UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RESURRECTION SCHOOL, et al.,

       Plaintiffs,                      Case No. 1:20–cv–1016

    v.                                    Hon. Paul L. Maloney

ROBERT GORDON, et al.,

       Defendants.
_____/

## NOTICE REGARDING ASSIGNMENT OF CASE

     NOTICE is hereby given that the above–captioned case was filed in this court on October 22, 2020 .   The case has been assigned to Paul L. Maloney .

                                       CLERK OF COURT

Dated:   October 27, 2020       By:   /s/ E. Siskind_____
                                               Deputy Clerk