# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

RESURRECTION SCHOOL; CHRISTOPHER MIANECKI, individually and as next friend on behalf of his minor children; C.M., Z.M., and N.M.; and STEPHANIE SMITH, individually and as F.S.,

v.

ROBERT GORDON, in his official capacity; DANA NESSEL, in her official capacity; LINDA S. VAIL, in her official capacity; and CAROL A. SIEMON, in her official capacity

Case No. 1: 20-cv-01016
Hon. Paul L. Maloney

TO: ROBERT GORDON
ADDRESS: 333 S. Grand Ave.
P.O. Box 30195
Lansing, MI 48909

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
GREAT LAKES JUSTICE CENTER
Erin Elizabeth Mersino (P70886)
5600 W. Mt. Hope Highway
Lansing, Michigan 48917

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

CLERK OF COURT



October 27, 2020

By: Deputy Clerk / Date

## PROOF OF SERVICE

This summons for __ROBERT GORDON__ (name of individual and title, if any) was received by me on _____ (date).

☐ I personally served the summons on the individual at _____ (place where served) on _____ (date).

☐ I left the summons at the individual's residence or usual place of abode with _____ (name), a person of suitable age and discretion who resides there, on _____ (date), and mailed a copy to the individual's last known address.

☐ I served the summons on _____ (name of individual), who is designated by law to accept service of process on behalf of _____ (name of organization) on _____ (date).

☐ I returned the summons unexecuted because _____.

☒ Other (specify): **The Summons/Complaint were served on Attorney Joseph T. Froehlich via email per authorization.**

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.

Date: **October 28, 2020**

_Server's signature_
**Erin Mersino, Counsel for Plaintiffs**
_Server's printed name and title_
**5600 W. Mt. Hope Highway, Lansing, MI 48917**
_Server's address_

Additional information regarding attempted service, etc.:

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

RESURRECTION SCHOOL; CHRISTOPHER MIANECKI, individually and as next friend on behalf of his minor children; C.M., Z.M., and N.M.; and STEPHANIE SMITH, individually and as F.S.,

v.

ROBERT GORDON, in his official capacity; DANA NESSEL, in her official capacity; LINDA S. VAIL, in her official capacity; and CAROL A. SIEMON, in her official capacity

Case No. 1: 20-cv-01016
Hon. Paul L. Maloney

TO: DANA NESSEL
ADDRESS: G. Mennen Williams Building
525 W. Ottawa Street
P.O. Box 30212
Lansing, MI 48909

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
GREAT LAKES JUSTICE CENTER
Erin Elizabeth Mersino (P70886)
5600 W. Mt. Hope Highway
Lansing, Michigan 48917

CLERK OF COURT



October 27, 2020

By: Deputy Clerk                                   Date

---

## PROOF OF SERVICE

This summons for __DANA NESSEL__ (name of individual and title, if any) was received by me on _____ (date).

☐ I personally served the summons on the individual at _____ (place where served) on _____ (date).

☐ I left the summons at the individual's residence or usual place of abode with _____ (name), a person of suitable age and discretion who resides there, on _____ (date), and mailed a copy to the individual's last known address.

☐ I served the summons on _____ (name of individual), who is designated by law to accept service of process on behalf of _____ (name of organization) on _____ (date).

☐ I returned the summons unexecuted because _____.

☒ Other (specify) __The Summons/Complaint were served on Attorney Joseph T. Froehlich via email per authorization.__

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.
Date: __October 28, 2020__

*Server's signature*

**Erin Mersino, Counsel for Plaintiffs**
*Server's printed name and title*

**5600 W. Mt. Hope Highway, Lansing, MI 48917**
*Server's address*

Additional information regarding attempted service, etc.:

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

RESURRECTION SCHOOL; CHRISTOPHER MIANECKI, individually and as next friend on behalf of his minor children; C.M., Z.M., and N.M.; and STEPHANIE SMITH, individually and as F.S.,

v.

ROBERT GORDON, in his official capacity; DANA NESSEL, in her official capacity; LINDA S. VAIL, in her official capacity; and CAROL A. SIEMON, in her official capacity

Case No. 1: 20-cv-01016
Hon. Paul L. Maloney

TO: LINDA S. VAIL
ADDRESS: 5303 S. Cedar Street
P.O. Box 30161
Lansing, MI 48909

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI 49503
P.O. Box 698, 330 Federal Building, Marquette, MI 49855
107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI 49007
113 Federal Building, 315 W. Allegan, Lansing, MI 48933

PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS
GREAT LAKES JUSTICE CENTER
Erin Elizabeth Mersino (P70886)
5600 W. Mt. Hope Highway
Lansing, Michigan 48917

CLERK OF COURT



October 27, 2020

By: Deputy Clerk     Date

---

## PROOF OF SERVICE

This summons for _____ LINDA S. VAIL _____ was received by me on _____.
(name of individual and title, if any)                                              (date)

☐ I personally served the summons on the individual at _____
on _____.                                                                (place where served)
     (date)

☐ I left the summons at the individual's residence or usual place of abode with _____, a person
                                                                                    (name)
of suitable age and discretion who resides there, on _____, and mailed a copy to the individual's last known address.
                                                        (date)

☐ I served the summons on _____, who is designated by law to accept service
                              (name of individual)
of process on behalf of _____ on _____.
                          (name of organization)                  (date)

☐ I returned the summons unexecuted because _____.

☒ Other (specify)  **The Summons/Complaint were served on Attorney Bonnie G. Toskey via email per authorization.**

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.
Date: **October 28, 2020**

*Server's signature*

**Erin Mersino, Counsel for Plaintiffs**
*Server's printed name and title*

**5600 W. Mt. Hope Highway, Lansing, MI 48917**
*Server's address*

Additional information regarding attempted service, etc.:

# SUMMONS IN A CIVIL ACTION
## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

RESURRECTION SCHOOL; CHRISTOPHER MIANECKI, individually and as next friend on behalf of his minor children; C.M., Z.M., and N.M.; and STEPHANIE SMITH, individually and as F.S.,

v.

ROBERT GORDON, in his official capacity; DANA NESSEL, in her official capacity; LINDA S. VAIL, in her official capacity; and CAROL A. SIEMON, in her official capacity

Case No. 1: 20-cv-01016
Hon. Paul L. Maloney

TO: CAROL A. SIEMON
ADDRESS: 303 W. Kalamazoo St., 4R
Lansing, MI 48933

**PLAINTIFF OR PLAINTIFF'S ATTORNEY NAME AND ADDRESS**
GREAT LAKES JUSTICE CENTER
Erin Elizabeth Mersino (P70886)
5600 W. Mt. Hope Highway
Lansing, Michigan 48917

A lawsuit has been filed against you.

YOU ARE HEREBY SUMMONED and required to serve upon plaintiff, an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure within __21__ days after service of this summons on you (not counting the day you received it). If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the Court.

The Court has offices in the following locations:

  399 Federal Building, 110 Michigan St., NW, Grand Rapids, MI  49503
  P.O. Box 698, 330 Federal Building, Marquette, MI  49855
  107 Federal Building, 410 W. Michigan Ave., Kalamazoo, MI  49007
  113 Federal Building, 315 W. Allegan, Lansing, MI  48933

CLERK OF COURT



October 27, 2020

By: Deputy Clerk                    Date

## PROOF OF SERVICE

This summons for __CAROL A. SIEMON__ (name of individual and title, if any) was received by me on _____ (date).

☐ I personally served the summons on the individual at _____ (place where served) on _____ (date).

☐ I left the summons at the individual's residence or usual place of abode with _____ (name), a person of suitable age and discretion who resides there, on _____ (date), and mailed a copy to the individual's last known address.

☐ I served the summons on _____ (name of individual), who is designated by law to accept service of process on behalf of _____ (name of organization) on _____ (date).

☐ I returned the summons unexecuted because _____.

☒ Other (specify): **The Summons/Complaint were served on Attorney Bonnie G. Toskey via email per authorization.**

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under the penalty of perjury that this information is true.
Date: **October 28, 2020**

*Server's signature*
**Erin Mersino, Counsel for Plaintiffs**
*Server's printed name and title*
**5600 W. Mt. Hope Highway, Lansing, MI 48917**
*Server's address*

Additional information regarding attempted service, etc.: