IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

RESURRECTION SCHOOL; CHRISTOPHER MIANECKI, individually and as next friend on behalf of his minor children C.M., Z.M., and N.M.; and STEPHANIE SMITH, individually and as next friend on behalf of her minor child F.S.,

      Plaintiffs,

v.

ROBERT GORDON, in his official capacity as the Director of the Michigan Department of Health and Human Services; DANA NESSEL, in her official capacity as Attorney General of the State of Michigan; LINDA S. VAIL, in her official capacity as the Health Officer of Ingham County; and CAROL A. SIEMON, in her official capacity as the Ingham County Prosecuting Attorney,

      Defendants.

Case No. 1:20-cv-01016

Hon. Paul L. Maloney

**MOTION TO DISMISS INGHAM COUNTY DEFENDANTS LINDA S. VAIL AND CAROL A. SIEMON**

**\* ORAL ARGUMENT REQUESTED \***

Erin Elizabeth Mersino (P70886)
GREAT LAKES JUSTICE CENTER
Counsel for Plaintiffs
5600 W. Mt. Hope Highway
Lansing, MI 48917
(517) 322-3207

Bonnie G. Toskey (P30601)
Sarah K. Osburn (P55539)
COHL, STOKER & TOSKEY, P.C.
Attorneys for Defendants Linda Vail and Carol Siemon
601 N. Capitol Ave.
Lansing, MI 48933
(517) 372-9000

Robert J. Muise, Esq. (P62849)
AMERICAN FREEDOM LAW CENTER
Counsel for Plaintiffs Resurrection School, Stephanie Smith, and F.S.
PO Box 131098
Ann Arbor, MI  48113
(734) 635-3756

Joseph T. Froehlich (P71887)
Raymond O. Howd (P37681)
Daniel John Ping (P81482)
Michigan Attorney General Office
Attorney for Defendant Robert Gordon
525 W. Ottawa St.
PO Box 30736
Lansing, MI 48933
(517) 335-7573

**MOTION TO DISMISS INGHAM COUNTY DEFENDANTS
LINDA S. VAIL AND CAROL A. SIEMON**

Proceeding under F.R.Civ.P. 12(b)(6), Ingham County Defendants Linda S. Vail and Carol A. Siemon, through counsel, respectfully moves to dismiss Counts I-VII of Plantiffs' Complaint (ECF No. 1) with prejudice on grounds:

A.      Plaintiffs lack standing to sue because Plaintiffs' claims against Defendant Vail and Defendant Siemon are not justiciable in that they are not ripe for consideration as Defendants have not taken any enforcement action against Plaintiffs for violation of the October 9, 2020 MDHHS Emergency Order or the October 4, 2020 Ingham County Health Department Emergency Order. Additionally, the claims are moot because Defendant Ingham County Health Officer Linda S. Vail rescinded the October 4, 2020 Order of her own volition on October 23, 2020, prior to being served with the Complaint;

B.      Plaintiffs' claims against Defendant Ingham County Prosecuting Attorney Carol A. Siemon fail as Defendant Siemon is entitled to absolute immunity; and

C.      Plaintiffs have failed to state a claim for any violation of their First Amendment rights, for any denial of due process; for denial of equal protection under the law, for unlawful exercise of authority under Michigan law and for impermissible delegation of legislative authority.

This Motion is based on the facts and authorities presented in the accompanying Brief in Support of Motion to Dismiss.

Respectfully Submitted,
COHL, STOKER & TOSKEY, P.C.

Dated: November 18, 2020            By: /s/ Bonnie G. Toskey
                                    Bonnie G. Toskey (P30601)
                                    Sarah K. Osburn (P55539)
                                    Attorneys for Ingham County Defendants
                                    Linda Vail and Carol Siemon
                                    601 N. Capitol Ave.
                                    Lansing, MI 48933
                                    (517) 372-9000