UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| RESURRECTION SCHOOL, et al., )<br>                   Plaintiffs, )<br>                                 )<br>-v-                               )<br>                                 )<br>ROBERT GORDON, et al., )<br>                   Defendants. )<br>                                 ) | No. 1:20-cv-1016<br><br>Honorable Paul L. Maloney |

## ORDER

Plaintiffs have filed an amended complaint, narrowing the relief they request and eliminating some claims presented in the original complaint (ECF No. 21). The Court finds that the amended complaint does not change the factual or legal basis of the remaining claims in any way. Therefore, Defendants' motions to dismiss (ECF Nos. 13, 15) are not rendered moot by the amended complaint. Accordingly, Plaintiffs are hereby **ORDERED** to respond to those motions to dismiss within the time provided in the applicable court rules.

**IT IS SO ORDERED.**

Date: December 10, 2020                           /s/ Paul L. Maloney
                                                                                Paul L. Maloney
                                                                                United States District Judge