# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: December 21, 2020

Ms. Erin Elizabeth Mersino
Law Offices
5600 W. Mount Hope Highway
Lansing, MI 48917

          Re:  Case No. 20-2256, *Resurrection School, et al v. Robert Gordon, et al*
                Originating Case No. 1:20-cv-01016

Dear Ms. Mersino,

   This appeal has been docketed as case number **20-2256** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

   At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **January 4, 2021**. Additionally, the transcript order must be completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website.

        Appellant:    Appearance of Counsel
                        Civil Appeal Statement of Parties & Issues
                        Disclosure of Corporate Affiliations
                        Application for Admission to 6th Circuit Bar (if applicable)

        Appellee:     Appearance of Counsel
                        Disclosure of Corporate Affiliations
                        Application for Admission to 6th Circuit Bar (if applicable)

    More specific instructions are printed on each form.  If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution.  If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

                                        Sincerely yours,

                                        s/Virginia Lee Padgett
                                        Case Manager
                                        Direct Dial No. 513-564-7032

cc:  Mr. Daniel John Ping
      Ms. Ann M. Sherman
      Ms. Bonnie G. Toskey

Enclosure

## OFFICIAL COURT OF APPEALS CAPTION FOR 20-2256

RESURRECTION SCHOOL; CHRISTOPHER MIANECKI, individually and as next friend on behalf of his minor chilidren C.M., Z.M., and N.M. next friend of C.M. next friend of Z.M. next friend of N.M.; STEPHANIE SMITH, individially and as next friend on behalf of her minor child F.S. next friend of F.S.

   Plaintiffs - Appellants

v.

ROBERT GORDON, in his official capacity as the Director of the Michigan Department of Health and Human Services; DANA NESSEL, in her official capacity as Attorney General of the State of Michigan; LINDA VAIL, in her official capacity as the Health Officer of Ingham County; CAROL A. SIEMON, in her official capacity as the Ingham County Prosecuting Attorney

   Defendants - Appellees