IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| RESURRECTION SCHOOL; CHRISTOPHER MIANECKI, individually and as next friend on behalf of his minor children C.M., Z.M., and N.M.; and STEPHANIE SMITH, individually and as next friend on behalf of her minor child F.S.,<br>    Plaintiffs,<br><br>           v.<br><br>ELIZABETH HERTEL, in his official capacity as the Director of the Michigan Department of Health and Human Services; DANA NESSEL, in her official capacity as Attorney General of the State of Michigan; LINDA S. VAIL, in her official capacity as the Health Officer of Ingham County; and CAROL A. SIEMON, in her official capacity as the Ingham County Prosecuting Attorney,<br>    Defendants. | Case No. 1:20-cv-1016<br><br>Honorable Paul L. Maloney |

## *[PROPOSED]* ORDER

This matters comes before the Court on Plaintiffs Resurrection School, Christopher Mianecki, C.M., Z.M., and N.M.'s Emergency Motion for an Injunction Pending Appeal and for Expedited Consideration. Upon consideration of the Plaintiffs' motion and for the reasons articulated therein,

It is hereby Ordered that Plaintiffs' motion is GRANTED and Defendants Linda S. Vail, and Carol A. Siemon, and their officers, agents, and emploMoyees (collectively referred to as "Defendants"), are enjoined during the pendency of appeal from enforcing their September 2, 2021 Order against Plaintiffs. (ECF NO. 33-1).

It is so ordered this _____ day of November 2021.

 

 

Paul L. Maloney
United States District Court Judge